FILED
October 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Souksavanh Vongsavath, )<br>)<br>_____ )<br>Defendant. | Case No. 2:06-mj-275 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Souksavanh Vongsavath Case 2:06-mj-275 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

     X  $50,000 Unsecured bond, co-signed by family member w/in 1 week

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

     X  (Other) PTS conditions/supervision;

Issued at Sacramento, CA on 10/12/06 at 3:10 p.m.

By _____
Dale A. Drozd,
United States Magistrate Judge