UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-mj-275 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Souksavanh Vongsavath, ) | |
| ) | |
| _____ ) | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Souksavanh Vongsavath</u>  Case <u>2:06-mj-275 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   $50,000 Unsecured bond, co-signed by family member w/in 1 week

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other)  <u>PTS conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>10/12/06</u>   at  3:10 p.m.

By  /s/ Dale A. Drozd
Dale A. Drozd,
United States Magistrate Judge